1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WASHTENAW COUNTY EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of JUNIPER NETWORKS, INC., <br> Plaintiff, <br> vs. <br> SCOTT KRIENS, et al. <br> Defendants, <br> – and – <br> JUNIPER NETWORKS, INC., a Delaware corporation, <br> Nominal Party. | No. 3:13-cv-04829-WHO <br><br> ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SHAREHOLDER DERIVATIVE COMPLAINT FOR BREACH OF FIDUCIARY DUTY, ABUSE OF CONTROL AND CORPORATE WASTE |

911166_1

PURSUANT TO THE STIPULATION, **as modified**: (1) Plaintiff shall file any response brief in opposition to the Motion no later than March 10, 2014; (2) Defendant shall file any reply brief in support of its Motion no later than April 9, 2014; (3) **the hearing on the motion is set for April 23, 2014 at 2 p.m**.; and (4) the Case Management Conference currently scheduled for February 4, 2014, shall be continued to coincide with the hearing on the motion to dismiss.

IT IS SO ORDERED.

DATED: January 29, 2014

_____
THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

Submitted by:

ROBBINS GELLER RUDMAN
 & DOWD LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

VANOVERBEKE MICHAUD &
TIMMONY, P.C.
MICHAEL J. VANOVERBEKE
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)

Attorneys for Plaintiff

WILSON SONSINI GOODRICH &
 ROSATI
JONI OSTLER
650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:  619/231-1058
619/231-7423 (fax)

Attorneys for Defendants

911166_1

ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS
PLAINTIFFS' SHAREHOLDER DERIVATIVE COMPLAINT FOR BREACH OF FIDUCIARY DUTY,
ABUSE OF CONTROL AND CORPORATE WASTE - 3:13-cv-04829-WHO            - 1 -