UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WASHTENAW COUNTY EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of JUNIPER NETWORKS, INC., <br><br>　　　　　　　Plaintiff, <br><br>　vs. <br><br>SCOTT KRIENS, et al. <br><br>　　　　　　　Defendants, <br><br>　– and – <br><br>JUNIPER NETWORKS, INC., a Delaware corporation, <br><br>　　　　　　　Nominal Party. | No. 5:13-cv-04829-WHO <br><br>ORDER REGARDING VOLUNTARY DISMISSAL |

919671_1

PURSUANT TO THE STIPULATION: (1) the above-captioned action is dismissed without prejudice; and (2) each party shall bear its own costs and expenses.

IT IS SO ORDERED.

DATED:  March 12, 2014

_____
THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

Submitted by:

ROBBINS GELLER RUDMAN
   & DOWD LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

VANOVERBEKE MICHAUD &
TIMMONY, P.C.
MICHAEL J. VANOVERBEKE
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)

Attorneys for Plaintiff

WILSON SONSINI GOODRICH &
   ROSATI
JONI OSTLER
650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:  619/231-1058
619/231-7423 (fax)

Attorneys for Defendants